No. 3190.—CARDONA ET AL., apdos., *v.* LUGO, ALCAIDE DE SAN JUAN, aplte. *Habeas corpus.* Junio 21, 1927.

POR CUANTO aparece que los peticionarios apelados en este caso no intentaron matar a Manuel Figueroa y sí a Domingo Mojica;

POR CUANTO la malicia, la premeditación y la deliberación

pueden deducirse del hecho de la muerte de una persona cuando se intenta matar a otra, vistos entre otros 29 C. J. 1092;

POR CUANTO los otros elementos del delito de asesinato en primer grado existen *prima facie* en este caso;

POR CUANTO según el artículo 372 del Código de Enjuiciamiento Criminal una persona acusada de asesinato en primer grado no tiene derecho a estar en libertad provisional mediante fianza cuando la presunción de culpabilidad es grande; y vista la jurisprudencia sentada en los casos de *El Pueblo v. Ortiz,* 18 D.P.R. 833 y *Ex parte Florentino Rodríguez,* de 7 de abril de 1927 (pág. 560).

POR TANTO; Se revoca la resolución apelada y se ordena la encarcelación de los peticionarios y apelados y la cancelación de la fianza prestada.